**FILED**

APR 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **3 : 26 CR 0 0 18 2** |
| | ) | CASE NO._____ |
| TYLER JESSE DAVIS, | ) | Title 18, United States Code, Section 875(c) |
| | ) | |
| Defendant. | ) | |
| | ) | **JUDGE HELMICK** |

COUNT 1
(Transmitting Threatening Communications, 18 U.S.C. § 875(c))

The Grand Jury charges:

1. From on or about December 11, 2025 to on or about March 23, 2026, in the Northern District of Ohio, Western Division and elsewhere, Defendant TYLER JESSE DAVIS, did knowingly and willfully transmit in interstate or foreign commerce communications containing threats to injure the person of another, to wit: employees of the Department of Veterans Affairs, including "Let this be an official memorandum to you and anyone at the VA that when you start having directors getting strung up by their necks and providers getting shot in their head," "We are not going to tolerate spoon fed civilians taking our money to give us the runaround anymore," "By order of the Veteran Mafia. PS – Pigs won't protect you. Call the police for help I have AP rounds and friends that slay hogs," "The day they take my benefits is the day I come in there and start shooting motherfuckers in the head" and "If they sever my benefits, I'm gonna come in there and shoot the security team first in the fucking head after I wedge the doors, I'm not playing," in violation of Title 18, United States Code, Section 875(c).

FORFEITURE SPECIFICATION

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code Section 2461(c), the allegations of Count 1 are incorporated herein by reference.  As a result of the foregoing offense, Defendant TYLER JESSE DAVIS, shall forfeit to the United States any property constituting or derived from proceeds traceable to the violation charged herein.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.